Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 05−82598

IN THE MATTER OF:
Tony Jupiter     xxx−xx−4352
4803 Barbee Road
Durham, NC 27713

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 9/6/05 , and that the following document(s) named below must be filed within **fifteen (15) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 09/21/2005

**Date: 9/6/05**                                                                                                     OFFICE OF THE CLERK/ pjb

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0418-1          User: bryant           Page 1 of 1              Date Rcvd: Sep 06, 2005
Case: 05-82598                Form ID: 270           Total Served: 4
```

The following entities were served by first class mail on Sep 08, 2005.
```
db       +Tony Jupiter,   4803 Barbee Road,   Durham, NC 27713-1601
aty      +John T. Orcutt,   6616-203 Six Forks Rd.,   Raleigh, NC 27615-6524
tr       +Richard M Hutson, II,   Chapter 13 Office,   Suite 425, 300 W. Morgan St.,   P. O. Box 3613,
          Durham, NC 27702-3613
ust      +Michael D West,   Bankruptcy Administrator,   P.O. Box 1828,   Greensboro, NC 27402-1828
```

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2005**                      Signature:    *Joseph Speetjens*