IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: §
§
TONY JUPITER § CASE NO. 05-82598-WLS
§ CHAPTER 13
§
§ JUDGE WILLIAM L. STOCKS

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

    Washington Mutual
    7800 North 113th Street
    Mail Stop MWIB201
    Milwaukee, Wisconsin 53224

    Respectfully submitted,
    Brice, Vander Linden & Wernick, P.C.

    Hilary B. Bonial
    Joe M. Lozano, Jr.
    Karen P. Thomason
    Tyler B. Jones
    Dimitri G. Charalambopoulos
    F# 7775-N-2161
    9441 LBJ Freeway, Suite 350
    Dallas, Texas 75243
    (972) 643-6600 / (972) 643-6698 (Telecopier)
    E-mail Address: notice@bkcylaw.com
    Authorized Agent for Washington Mutual

noa

1

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial / Joe M. Lozano, Jr. / Karen P. Thomason / Tyler B. Jones / Dimitri G. Charalambopoulos, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 15, 2005:

**Debtor's Attorney**
John T. Orcutt
Attorney at Law
6616-203 Six Forks Rd.
Raleigh, North Carolina 27615

**Chapter 13 Trustee**
Richard M. Hutson, II
300 W. Morgan St., Suite 425 / P.O. Box 3613
Durham, North Carolina 27702-3613

Hilary B. Bonial
Joe M. Lozano, Jr.
Karen P. Thomason
Tyler B. Jones
Dimitri G. Charalambopoulos

7775-N-2161
noa

2