# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
 )
    TONY JUPITER )
 ) Case Number: B-05-82598 C-13D
 )
 )
            Debtor(s) )

## CERTIFICATE OF UNDELIVERABLE/RETURNED MAIL

    I hereby certify that the document identified below was returned as undeliverable by the United States Post Office in reference to the listed creditor.

Creditor:  WACHOVIA BANK NA                (0007)
            P O BOX 3100
            WINTERVILLE NC
                    28590

Document:   __X__  Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines

           _____  Notice of Proposed Plan and Order Confirming Plan and Time for Filing Objection Thereto and Order Confirming Plan

           _____  Order Confirming Plan

           _____  Motion (15) Date Filed With Court: _____

           _____  Motion and Order (15a) Entered Date: _____

           _____  Order Entered Date: _____

           _____  Notice of Filing and Trustee's Final Report

           _____  Notice of Discharge of Debtor(s) and Notice of Filing of Trustee's Final Report

Date: September 23, 2005                      s/ Detrece McMillon

                                                      Chapter 13 Office
                                                      300 W. Morgan Street, Suite 425
                                                      P. O. Box 3613
                                                      Durham, NC 27702-3613