```
                    UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF NORTH CAROLINA
```

In Re:                              )
                                    )
    TONY JUPITER                   )
                                    )   Case Number:  B-05-82598 C-13D
                                    )
                                    )
               Debtor(s)      )

### CERTIFICATE OF UNDELIVERABLE/RETURNED MAIL

    I hereby certify that the document identified below was returned as undeliverable by the United States Post Office in reference to the listed creditor.

Creditor:  AT&T WIRELESS SERVICES          (0016)
           P O BOX 628201
           ORLANDO FL
                    32862-8201

Document:   __X__  Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Deadlines

           _____  Notice of Proposed Plan and Order Confirming Plan and Time for Filing Objection Thereto and Order Confirming Plan

           _____  Order Confirming Plan

           _____  Motion (15) Date Filed With Court: _____

           _____  Motion and Order (15a) Entered Date: _____

           _____  Order Entered Date: _____

           _____  Notice of Filing and Trustee's Final Report

           _____  Notice of Discharge of Debtor(s) and Notice of Filing of Trustee's Final Report

Date: September 27, 2005               s/ Detrece McMillon

                                                Chapter 13 Office
                                                300 W. Morgan Street, Suite 425
                                                P. O. Box 3613
                                                Durham, NC 27702-3613