UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | |
| TONY JUPITER | ) | CASE NO. 05-82598 |
|        DEBTOR | ) | CHAPTER 13 |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

BROCK & SCOTT, PLLC, pursuant to Bankruptcy Rule 9010(b), hereby gives notice of appearance in this case as Counsel for Mortgage Electronic Registration Systems, Inc..

Pursuant to Bankruptcy Rule 2002, please mail all notices and other documents required to be served upon Creditors to said Attorney at the following address:

BROCK & SCOTT, PLLC
Timothy L. Hanson
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676

This, the 2nd day of February, 2006

BROCK & SCOTT, PLLC

    s/Timothy L. Hanson
TIMOTHY L. HANSON
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar Number 24272

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
TONY JUPITER ) CASE NO. 05-82598
       DEBTOR ) CHAPTER 13
)

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and that the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to such person(s), parties, and/or counsel at the addresses shown below:

Tony Jupiter
4803 Barbee Road
Durham, NC 27713

John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Richard M. Hutson, II
Post Office Box 3613
Durham, NC 27702

BK Administrator
PO Box 1828
Greensboro, NC 27402

This 2nd day of February, 2006

                BROCK & SCOTT, PLLC

                By:    s/Timothy L. Hanson
                      Timothy L. Hanson
                      Attorney for Movant
                      Brock & Scott, PLLC
                      5121 Parkway Plaza Drive, Suite 300
                      Charlotte, NC 28217
                      (704) 369-0676
                      Bar Number 24272