C-13-15A(Order)
(Rev. 11/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:  Tony Jupiter                        )
                                            )
                                            )
                                            )          No. B-05-82598 C-13D
            Debtor                          )

**ORDER**

       This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to allow the amended claim of Wells Fargo Bank as secured in the amount of $693.66 for January, 2011 payment and there being no filed objection to the Motion within the time period set forth in the Notice issued on February 2, 2011 by the Clerk of Court setting March 2, 2011 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

       ORDERED that the amended claim of Wells Fargo Bank is allowed as secured in the amount of $693.66.

Tony Jupiter
4803 Barbee Road
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

Wells Fargo Bank
MAC# X2302-04C
One Home Campus
Des Moines, IA 50328