C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: Tony Jupiter | ) | No. B-05-82598   C-13D |
| | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN

The undersigned Trustee hereby notifies the Court and other interested parties, that based upon the Trustee's review; 1) the Debtors have successfully completed their Chapter 13 Plan as confirmed; 2) creditors have been treated according to the terms of the confirmed Plan and other orders of the Court; 3) the Debtors no longer are required to make plan payments to the Trustee; and 4) all on-going, post-petition payments being paid through the Trustee's Office, including any arrearage claim and charges assessed by the creditor pursuant to 11 U.S.C. §1322(b)(5) are current as of the date the last on-going, post-petition payment was made by the Trustee's Office and that the Debtors, rather than the Trustee, now are responsible for making those on-going payments to such creditors.

Dated: May 5, 2011                    s/Richard M. Hutson II, Trustee
                                      Richard M. Hutson, II
                                      PO Box 3613
                                      Durham, NC  27702
                                      (919) 688-8065

**PARTIES TO BE SERVED**
**Page 1 of 1**
**05-82598 C-13D**

Tony Jupiter
4803 Barbee Rd.
Durham, NC 27713

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702