UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:  
    TONY JUPITER

Debtor(s)  
SSN(1) XXX-XX-4352

Case No. 05-82598-  
Judge William L. Stocks

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Richard M. Hutson, II, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/06/2005.

2) The plan was confirmed on 11/21/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/23/2011.

6) Number of months from filing to last payment: 67.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $18,821.97.

11) All checks distributed by the trustee relating to this case have cleared the bank.

| | |
|---|---:|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $142,032.72 |
| Less amount refunded to debtor | $50.52 |
| **NET RECEIPTS:** | **$141,982.20** |

| | |
|---|---:|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $1,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,221.29 |
| Other | $58.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$9,029.79** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS BANK FSB | Unsecured | 4,448.00 | 0.00 | 4,645.67 | 1,161.42 | 0.00 |
| AMERICAN GENERAL FINANCE | Secured | 4,937.58 | 0.00 | 4,937.58 | 4,937.58 | 922.25 |
| AT & T | Unsecured | 114.72 | NA | NA | 0.00 | 0.00 |
| AT&T UNIVERSAL CARD | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,945.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 0.00 | 2,026.00 | 506.50 | 0.00 |
| CAPITAL ONE BANK | Unsecured | NA | 0.00 | 2,345.02 | 586.26 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,842.00 | 0.00 | 596.77 | 149.19 | 0.00 |
| CITIBANK | Unsecured | 2,587.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF GREENSBORO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DURHAM CITY/COUNTY TAX OFFICE | Secured | NA | 0.00 | 718.12 | 718.12 | 225.41 |
| DURHAM CITY/COUNTY TAX OFFICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 947.00 | 946.86 | 946.86 | 236.72 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 872.42 | 0.00 | 915.55 | 228.89 | 0.00 |
| EMPLOYMENT SECURITY COMM OF | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 2,587.99 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | NA | 0.00 | 506.46 | 506.46 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | NA | 0.00 | 0.00 | 10,829.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| MORTGAGE ELECTRONIC REG SYST | Secured | NA | 0.00 | 0.00 | 38,860.50 | 0.00 |
| MORTGAGE ELECTRONIC REG SYST | Secured | NA | 0.00 | 2,488.76 | 2,488.76 | 0.00 |
| NC DEPARTMENT OF REVENUE | Priority | NA | NA | NA | 0.00 | 0.00 |
| REBATE CASH ADVANCE | Unsecured | 60.00 | 0.00 | 385.00 | 96.25 | 0.00 |
| SOUTH VERIZON WIRELESS | Unsecured | 900.00 | 0.00 | 900.91 | 225.23 | 0.00 |
| VISION FINANCIAL FEDERAL CREDIT | Unsecured | NA | 0.00 | 1,840.19 | 460.05 | 0.00 |
| VISION FINANCIAL FEDERAL CREDIT | Secured | 8,928.00 | 0.00 | 8,989.20 | 8,989.20 | 1,052.73 |
| VISION FINANCIAL FEDERAL CREDIT | Secured | 4,120.00 | 0.00 | 2,350.80 | 2,350.80 | 439.07 |
| WACHOVIA BANK NA | Secured | NA | 0.00 | 0.00 | 7,735.00 | 0.00 |
| WACHOVIA BANK NA | Secured | NA | 0.00 | 239.86 | 239.86 | 0.00 |
| WACHOVIA BANK NA | Unsecured | NA | 0.00 | 775.73 | 193.93 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | Secured | NA | 0.00 | 3,657.40 | 3,657.40 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 0.00 | 0.00 | 45,155.83 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $102,580.33 | $0.00 |
| Mortgage Arrearage | $6,892.48 | $6,892.48 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $16,995.70 | $16,995.70 | $2,639.46 |
| **TOTAL SECURED:** | **$23,888.18** | **$126,468.51** | **$2,639.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,377.70** | **$3,844.44** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,029.79 |
| Disbursements to Creditors | $132,952.41 |
| **TOTAL DISBURSEMENTS:** | **$141,982.20** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/23/2011       By: /s/ Richard M. Hutson, II
                             Trustee

xc  TONY JUPITER
    U.S. BANKRUPTCY ADMIN
    JOHN T ORCUTT
    6616-203 SIX FORKS ROAD
    RALEIGH, NC 27615

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.