UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
TONY JUPITER  CASE NO. 05-82598- C-13D
4803 BARBEE ROAD  JUDGE WILLIAM L. STOCKS
DURHAM, NC  27713
    Debtor

SSN(1) XXX-XX-4352  DATE:  06/23/2011

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

The above named Debtor(s) filed a petition commencing a case under Chapter 13 of the Bankruptcy Code on September 06, 2005. A plan was confirmed by the Court and the Debtor has completed all payments under the plan. The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk. If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office. If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved. If an objection is filed, a hearing may be scheduled.

ATTORNEY FOR THE DEBTOR(S):  TRUSTEE:
JOHN T ORCUTT  Richard M. Hutson, II
6616-203 SIX FORKS ROAD  P. O. BOX 3613
RALEIGH, NC  27615  DURHAM, NC  27702-3613

ADDRESSEE:  DATED: June 23, 2011
REID WILCOX  FOR THE COURT:
CLERK, U.S. BANKRUPTCY COURT  REID WILCOX
P.O. BOX 26100  CLERK, U.S. BANKRUPTCY COURT
GREENSBORO, NC  27420  P.O. BOX 26100
    GREENSBORO, NC  27420

TONY JUPITER                                         Case No. 05-82598- C-13D

# NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
# CERTIFICATE OF SERVICE

I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

TONY JUPITER
4803 BARBEE ROAD
DURHAM, NC  27713

REID WILCOX
CLERK, U.S. BANKRUPTCY COURT
P.O. BOX 26100
GREENSBORO, NC  27420

JOHN T ORCUTT
6616-203 SIX FORKS ROAD
RALEIGH, NC  27615

AMERICAN EXPRESS BANK FSB
% BECKET & LEE LLP
P O BOX 3001
MALVERN, PA  19355-0701

AMERICAN GENERAL FINANCE
4015 UNIVERSITY DR   STE J
DURHAM, NC  27707-2548

AT & T
P O BOX 41457
PHILADELPHIA, PA  19101-1458

AT&T UNIVERSAL CARD
P O BOX 84055
COLUMBUS, GA  31908-4055

BRICE VANDER LINDEN & WERNICK
9441 LBJ FREEWAY STE 350
DALLAS, TX  75243

BROCK & SCOTT PLLC
TIMOTHY L HANSON
5121 PARKWAY PLAZA DR STE 300
CHARLOTTE, NC  28217

CAPITAL ONE BANK
6125 LAKEVIEW ROAD STE 800
CHARLOTTE, NC  28269-2605

CAPITAL ONE
P O BOX 85015
RICHMOND, VA  23285-5015

CITIBANK
P O BOX 6500
SIOUX FALLS, SD  57117

COUNTRYWIDE HOME LOANS INC
6400 LEGACY DRIVE PTX32
PLANO, TX  75024

CREDIT BUREAU OF GREENSBORO
P O BOX 26140
GREENSBORO, NC  27402

DURHAM CITY/COUNTY TAX OFFICE
200 E MAIN STREET 1ST FLOOR
P O BOX 3397
DURHAM, NC  27702

ECAST SETTLEMENT CORPORATION
ASSIGNEE OF HOUSEHOLD BANK
P O BOX 7247-6971
PHILADELPHIA, PA  19170-6971

TONY JUPITER                                                    Case No. 05-82598- C-13D

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

ECAST SETTLEMENT CORPORATION
P O BOX 35480
NEWARK, NJ  07193-5480

EMPLOYMENT SECURITY COMM OF NC
BENEFIT PAYMENT CONTROL UNIT
P O BOX 25903
RALEIGH, NC  27611-5903

HOME DEPOT
% MBGA CREDIT CENTER
P O BOX 103000
ROSWELL, GA  30075-9000

HSBC MORTGAGE SERVICES
1270 NORTHLAND DRIVE STE 200
MENDOTA HEIGHTS, MN  55120

HSBC MORTGAGE SERVICES
P O BOX 21188
EAGAN, MN  55121-4201

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 7317
PHILADELPHIA, PA  19101-7317

MORTGAGE ELECTRONIC REG SYSTEM
% COUNTRYWIDE HOME LOANS
7105 CORPORATE DRIVE PTX C 35
PLANO, TX  75024

NC DEPARTMENT OF REVENUE
BANKRUPTCY UNIT/OFFC SERV DIV
P O BOX 1168
RALEIGH, NC  27602-1168

REBATE CASH ADVANCE
3270 FOLKWAYS BLVD STE 200
LINCOLN, NE  68504

SOUTH VERIZON WIRELESS
AFNI/VERIZON WIRELESS
404 BROCK DRIVE
BLOOMINGTON, IL  61701

VETERANS ADMINISTRATION
REGIONAL OFFICE
251 N MAIN STREET
WINSTON-SALEM, NC  27155

VISION FINANCIAL FEDERAL CREDIT
UNION
P O BOX 15818
DURHAM, NC  27704

WACHOVIA BANK NA
% WELLS FARGO BANK
PAYMENT PROCESSING
P O BOX 45038
JACKSONVILLE, FL  32232

WACHOVIA BANK NA
CENTRAL BANKRUPTCY DEPT VA7359
P O BOX 13765
ROANOKE, VA  24037-3765

TONY JUPITER                                           Case No. 05-82598- C-13D

# NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
# CERTIFICATE OF SERVICE
# (CONTINUED)

WACHOVIA BANKCARD SERVICES  
P O BOX 14009  
ATLANTA, GA  30324-4009

WELLS FARGO BANK NA  
BK PMT PROC  
MAC# X2302-04C  
ONE HOME CAMPUS  
DES MOINES, IA  50328

WELLS FARGO BANK NA  
P O BOX 829009  
DALLAS, TX  75382-9009

Date:    June 23, 2011                    /s/  Brenda Nelms  
                                          Chapter 13 Office  
                                          Durham