```
                          United States Bankruptcy Court
                          Middle District of North Carolina
```

In re:                                                              Case No. 05-82598-wls
Tony Jupiter                                                        Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0418-1         User: admin              Page 1 of 1              Date Rcvd: Jul 29, 2011
                             Form ID: 211             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2011.
db           +Tony Jupiter,    4803 Barbee Road,    Durham, NC 27713-1601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2011**                        Signature:    _/s/ Joseph Speetjens_

Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 05−82598

IN THE MATTER OF:
Tony Jupiter    xxx−xx−4352
4803 Barbee Road
Durham, NC 27713

   Debtor(s)

## FINAL DECREE

   **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

   **ORDERED** that Richard M. Hutson II , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

   **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 7/29/11

_William L. Stocks_
William L. Stocks
United States Bankruptcy Judge